IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH STEVEN THOMASON,

    Plaintiff,     No. 2:08-cv-2599 FCD JFM (PC)

  vs.

R. PACILLAS, et al.,

    Defendants.     <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed because his administrative appeal is still pending. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored. Good cause appearing, the November 26, 2008 order directing monthly payments be made from plaintiff's prison trust account will be vacated. The Director of the California Department of Corrections and Rehabilitation ("CDCR") shall ensure that no further payments are withdrawn from plaintiff's trust account for the instant action.

        Accordingly, IT IS HEREBY ORDERED that:

        1. This action is dismissed.

        2. The November 26, 2008 order directing monthly payments be made from plaintiff's prison trust account state is vacated (docket no. 10).

        3. The Clerk of the Court is directed to serve a copy of this order on Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California

1

1 95814. The CDCR Director shall ensure that no further payments are withdrawn from plaintiff's
2 trust account for the instant action.
3     4. The Clerk of the Court is directed to serve a copy of this order on the Financial
4 Department of the court.
5 DATED:  December 15, 2008.

                                              UNITED STATES MAGISTRATE JUDGE

/mp/001
thom2599.59